OPINION — AG — ** STATE TREASURER — UNIT COLLATERAL SYSTEM ** THE STATE TREASURER IS 'NOT' AUTHORIZED UNDER THE TERMS OF THE UNIT COLLATERAL SYSTEM, 62 O.S. 516.1 [62-516.1] — 62 O.S. 516.10 [62-516.10], TO ACCEPT A PLEDGE OF SECURITIES IN FAVOR OF THE ARBUCKLE MASTER CONSERVANCY DISTRICT. (SECURITIES, PUBLIC FUNDS, COLLATERAL SECURITIES, NEGOTIABLE INSTRUMENTS, BONDS) CITE: 62 O.S. 516.2 [62-516.2], 82 O.S. 531 [82-531] [82-531], 82 O.S. 688.1 [82-688.1], 62 O.S. 516.3 [62-516.3] [62-516.3], 82 O.S. 545 [82-545], ARTICLE X, SECTION 26, 62 O.S. 516.3 [62-516.3], 82 O.S. 545 [82-545] (ODIE A. NANCE)